# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SUSAN CRIVELLARO,                 :  No. 183 MAL 2016

            Petitioner

                                        :  Petition for Allowance of Appeal from the Order of the Commonwealth Court

            v.

WILLIAMS TOWNSHIP ZONING
HEARING BOARD,                :

            Respondent

WILLIAMS TOWNSHIP,        :

            Intervenor           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.